**FILED**
CLERK, U.S. DISTRICT COURT
SEP 16 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY A. BUTLER,<br><br>   Plaintiff,<br><br>   v.<br><br>COUNTY OF RIVERSIDE, et al.,<br><br>   Defendants. | Case No. EDCV 15-01290-RT (KK)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 9/16/15

_____
HONORABLE ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE